UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DENISE THOMAS,<br><br>Defendant. | CRIMINAL ACTION NO.<br>1:22-cr-00025-JPB-RDC-1 |

**ORDER ADOPTING NON-FINAL REPORT AND RECOMMENDATION**

This matter comes before the Court on the Magistrate Judge's Non-Final Report and Recommendation to deny Defendant's *pro se* notices seeking dismissal of the Indictment [Doc. 95]. No objections to the Report and Recommendation have been filed.

A district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the Report and Recommendation that is the subject of a proper objection on a *de novo* basis and any non-objected-to portion under a "clearly erroneous" standard. See also Fed R. Crim. Pro. 59(b)(3).

2

After careful consideration, the Court **APPROVES AND ADOPTS** the Non-Final Report and Recommendation [Doc. 95] and **DENIES** Defendant's "Notices" to dismiss the Indictment for lack of personal and subject matter jurisdiction [Docs. 79, 83, 84, and 89].

**SO ORDERED** this 4th day of March, 2024.

_____
**J. P. BOULEE**
United States District Judge