FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 15 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:22-CR-025-JPB |
| DENISE THOMAS | |

**Verdict Form**

Count 1:

As to Count One of the Indictment charging wire fraud, we, the Jury, unanimously find Defendant Denise Thomas:

_____ Not Guilty          ✓ Guilty

Count 2:

As to Count Two of the Indictment charging wire fraud, we, the Jury, unanimously find Defendant Denise Thomas:

_____ Not Guilty          ✓ Guilty

This __15__ day of __MAY__, 2024.

_____
Foreperson

17