FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 15 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DENISE THOMAS | Criminal Action No.<br><br>1:22-cr-25-JPB-RDC |

## SPECIAL VERDICT FORM FOR FORFEITURE

**1.**

We, the jury, unanimously find by a preponderance of the evidence that the following money constitutes the proceeds the Defendant obtained directly or indirectly as the result of the crime in charged in Count one of the indictment:

a. $106,804.47 which was maintained in Truist Bank account number ending in 6735, held in the name of Miss Denise Thomas d/b/a Pink Smoke Shooters Range & Gun Club;

__✓__ Yes  ____ No

b. $1,000,978.64 from Truist Bank account number ending in 6743, held in the name of Miss Denise Thomas d/b/a Pink Smoke Shooters Range & Gun Club

__✓__ Yes  ____ No

c. $14,148.66 from Truist Bank account number ending in 6751, held in the name of Miss Denise Thomas d/b/a Simply Delete It

✓ Yes  ____ No

d. $235.03 from Truist Bank account number ending in 6778, held in the name of Miss Denise Thomas d/b/a Simply Delete It

____ Yes  ✓ No

e. $30,995.34 from Truist Bank account number ending in 8995, held in the name of Denise Thomas d/b/a Pink Smoke Shooters Range & Gun Club

✓ Yes  ____ No

**2.**

We, the jury, unanimously find by a preponderance of the evidence that the following money constitutes the proceeds the Defendant obtained directly or indirectly as the result of the crime in charged in Count two of the indictment:

a. $106,804.47 which was maintained in Truist Bank account number ending in 6735, held in the name of Miss Denise Thomas d/b/a Pink Smoke Shooters Range & Gun Club;

✓ Yes  ____ No

b. $1,000,978.64 from Truist Bank account number ending in 6743, held in the name of Miss Denise Thomas d/b/a Pink Smoke Shooters Range & Gun Club

✓ Yes  ____ No

c. $14,148.66 from Truist Bank account number ending in 6751, held in the name of Miss Denise Thomas d/b/a Simply Delete It

✓ Yes  ____ No

    d. $235.03 from Truist Bank account number ending in 6778, held in the name of Miss Denise Thomas d/b/a Simply Delete It

        \_\_\_\_\_ Yes     ✓\_\_ No

    e. $30,995.34 from Truist Bank account number ending in 8995, held in the name of Denise Thomas d/b/a Pink Smoke Shooters Range & Gun Club

        ✓\_\_ Yes     \_\_\_\_\_ No

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Atlanta, Georgia, this __15__ day of __MAY__, 2024.

Jury Foreperson's Signature: _[signature]_

Jury Foreperson's Printed Name: SHENIKA TERRELL